PEOPLE ex rel. HARRY P. PIKE et al., as Trustees, etc., et al., Appellants, *v.* EDWARD P. BARKER et al., as Commissioners, etc., Respondents.

(Argued June 3, 1895; decided June 14, 1895.)

APPEAL from order of the General Term of the Supreme Court in the first judicial department, made April 20, 1895, which affirmed an order of Special Term dismissing a writ of certiorari to review an assessment of personal property.

*Lucien B. Chase* for appellants.

*George S. Coleman* for respondents.

Agree to affirm; no opinion.
All concur.
Order affirmed.

PEOPLE ex rel. ALSON B. OSTRANDER, Appellant, *v.* LEVI P. MORTON et al., as Trustees, etc., Respondents.*

(Argued June 3, 1895; decided June 14, 1895.)

APPEAL from order of the General Term of the Supreme Court in the third judicial department, made May 14, 1895, which affirmed an order of Special Term denying an application by the relator for a writ of mandamus.

*Robert H. McCormic, Jr.,* for appellant.

*Henry C. Nevitt* for respondents.

Agree to affirm on opinion below.
All concur.
Order affirmed.

* Reported below, 12 Misc. Rep. 476.